FILED
February 22, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **HERBERT FEIST,** | § | |
| **Plaintiff,** | § § § | |
| v. | § § | **CIVIL NO. SA-23-CV-01017-OLG** |
| **UNITED STATES OF AMERICA BY AND THROUGH ORTHOPEDIC, FT. HOOD HOSPITAL, ANETHESIALO-GIST, FT. HOOD HOSPITAL, and UNITED STATES OF AMERICA,** | § § § § § § | |
| **Defendants.** | § | |

# ORDER

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (R&R), filed December 8, 2023, concerning the Motion to Dismiss filed by Defendant United States of America. (*See* R&R, Dkt. No. 9.)

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within fourteen days after being served with a copy of the findings and recommendations. FED. R. CIV. P. 72(b)(2). The R&R was mailed by certified mail on December 8, 2023 (*see* Dkt. No. 10), and no objections have been filed.[1]

Because no party has objected to the Magistrate Judge's findings or recommendations, the Court reviews the R&R for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which an objection is made.") After such review, the Court finds that the R&R is neither clearly erroneous

---

[1] A party desiring to object to a magistrate judge's findings and recommendations must file and serve written objections within fourteen days after being served with the recommendations. 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b)(2). Service is made to the last-known address of the party, and service by mail is complete upon mailing. FED. R. CIV. P. 5(b)(2)(C).

nor contrary to law. Accordingly, the Court **ACCEPTS** the Magistrate Judge's R&R (Dkt. No. 9) and, for the reasons set forth therein, Defendant's Motion to Dismiss (Dkt. No. 7) is **GRANTED** and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

    This case is **CLOSED**.

    It is so **ORDERED**.

    **SIGNED** this 22nd day of February, 2024.

_____
ORLANDO L. GARCIA
United States District Judge